NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCOTT E. WEBSTER,**
*Plaintiff-Appellant,*

**and**

**JEAN ALLEN WEBSTER,**
*Plaintiff-Appellant,*

v.

**WELLS FARGO BANK, N.A.**
(SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. AND DOING BUSINESS AS WELLS FARGO HOME MORTGAGE), RICHARD M. KOVACEVICH, SEAN NIX, MARCIA FRANCIS, AFFORDABLE FINANCIAL SERVICES, JOHN BALDWIN, RIVER CITY ABSTRACT, JOHN DOE, AND JANE DOE,
*Defendants-Appellees,*

**and**

**DOMINICK PENZETTA,**
*Defendant-Appellee,*

**and**

**STEVEN J. BAUM, P.C. AND DARLEEN V. KARASZEWSKI,**
*Defendants-Appellees.*

---

2010-1181

Appeal from the United States District Court for the Southern District of New York in case no. 08-CV-10145, Judge Loretta A. Preska.

## ON MOTION

## O R D E R

The court having received no objection in response to its order of May 3, 2010,

IT IS ORDERED THAT:

The case is transferred to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

NOV 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott E. Webster
    Jean Allen Webster
    Steven Lloyd Young, Esq.
    Jonathan R. Harwood, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK